JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA RASHAWN WHITE,<br><br>Plaintiff,<br>v.<br><br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>Defendant. | No. 5:23-cv-01057-AJR<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: January 22, 2024            _____
                                                                HON. A. JOEL RICHLIN
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted in as the Defendant in this action Pursuant Federal Rule of Civil Procedure 25(d).